UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-21788-CIV-JORDAN

| | |
|---|---|
| JAMES OTIS BROWN | ) |
| | ) |
| vs. | ) |
| | ) |
| DR. CARL BALMIR, et al. | ) |
| | ) |
| _____ | ) |

### ORDER

On August 11, 2008, Dr. Balmir filed a motion for summary judgment. By this order, Mr. Brown is put on notice that I will take under advisement Dr. Balmir's motion on October 22, 2008. Accordingly, Mr. Brown has until that time to file any sworn affidavits or other materials in opposition to the motion for summary judgment. *See generally* FEDERAL RULE OF CIVIL PROCEDURE 56.

If Mr. Brown fails to respond, Dr. Balmir's evidence may be accepted as true if it is not contradicted by any sworn affidavits, summary judgment may be entered in favor of Dr. Balmir, and final judgment may be entered against Mr. Brown without a full trial. *See Brown v. Shinbaum*, 828 F.2d 707, 708 (11th Cir. 1987). *See also Griffith v. Wainwright*, 772 F.2d 822, 825 (11th Cir. 1985) ("[A]n adverse party must be given express, ten-day notice of the summary judgment rules, of his right to file affidavits or other material in opposition to the motion, and of the consequences of default. That done, the court may properly take the motion under advisement as of a day certain and may rule on the motion consistent with the dictates of procedural fairness required by Rule 56."). Mr. Brown is also placed on notice that he cannot just rely on the allegations of his complaint. He must present evidence – by way of affidavits, depositions, or documents – to create an issue of material fact.

DONE and ORDERED in chambers in Miami, Florida, this 22nd day of September, 2008.

*Adalberto Jordan*
Adalberto Jordan
United States District Judge

cc:    Magistrate Judge White

James Otis Brown, pro se
D.C. #400735
Dade Correctional Institution
1900 SW 377 Street Suite300 Dorm Gl 1218L
Florida City, FL 33034


All counsel of record